IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED JUL 14 2010 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:10-cr-51 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | T.18 U.S.C. §2422(b) |
| JUSTIN DAVID CARTER, | ) | T.18 U.S.C. §2423(b) |
| | ) | T.18 U.S.C. §2423(a) |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Enticement of a Minor To Engage In Illicit Sexual Activities)**

During the period beginning on or about April 3, 2010, and continuing to on or about June 6, 2010, in and about Muscatine County in the Southern District of Iowa and elsewhere, the defendant, JUSTIN DAVID CARTER, used facilities of interstate and foreign commerce, that is, the Internet, cellular telephone systems, and the interstate highways, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, a 12-year old girl, to engage in sexual activities for which a person could be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Travel To Engage In Illicit Sexual Conduct)

On or about June 4, 2010, in and about Muscatine County in the Southern District of Iowa and elsewhere, the defendant, JUSTIN DAVID CARTER, did knowingly travel in interstate commerce from the State of Florida to the State of Iowa and then to the States of Illinois and Florida, for the purpose of engaging in illicit sexual conduct with a another person, that is, a 12-year old girl, such conduct constituting criminal offenses in the States of Illinois and Florida.

This is a violation of Title 18, United States Code, Section 2423(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Transportation To Engage In Illicit Sexual Conduct)

On or about June 4, 2010, in and about Muscatine County in the Southern District of Iowa and elsewhere, the defendant, JUSTIN DAVID CARTER, did knowingly transport an individual who had not attained the age of 18 years, that is, a 12-year old girl, in interstate commerce from the State of Iowa to the States of Illinois and Florida, with the intent that the individual engage in sexual activity for which any person could be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2423(a).

**A TRUE BILL.**

/s/
_____
FOREPERSON


Nicholas A. Klinefeldt
United States Attorney


By: /s/
_____
Clifford R. Cronk III
Assistant United States Attorney